EDWARD F. JAMES, Appellant, *v.* JAMES McCREERY, Respondent.

*N. Y. Supreme Court, First Department, General Term, November* 7, 1889.

1. *Default. Opening.*—A default will not be opened in every case as a matter of course.
2. *Same.*—Such applications should not be granted, where the party applying is guilty of *laches*, or where the denial of the motion will not do, under all the circumstances, an irreparable injury to the party in default.

Appeal from an order denying motion to open default taken herein at circuit.

*E. F. James*, appellant in person.

*W. F. Dunning*, for respondent.

VAN BRUNT, P. J.—The appeal in this case seems to have been based upon the idea that a default is to be opened in every case as a matter of course.

The motion is, we think, a mistaken one, and such motions should not be granted where the party applying has been guilty of *laches*, or where the denial of the motion will not do, under all the circumstances, an irreparable injury to the party in default.

There was no good reason why all the damages arising from the negligence of a party or his attorney should be visited upon the opposing party to the action, as would be the case if defaults were to be opened as a matter of course.

The plaintiff in this case has been guilty of great *laches* in the making of this motion, and should be remitted to a new action for the enforcement of his rights if he has any.

The order appealed from should be affirmed, with ten dollars costs and disbursements.

BRADY and DANIELS, JJ., concur.